No. 81–6013.   HICKS v. ROSE, WARDEN, TENNESSEE STATE PENITENTIARY, ET AL.   C. A. 6th Cir.   Certiorari denied. ■

No. 81–6017.   CURTIS v. ILLINOIS.   App. Ct. Ill., 4th Dist.   Certiorari denied. ■

No. 81–6018.   WILLIAMS v. NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied. ■

No. 81–6031.   SMITH v. RABALAIS ET AL.   C. A. 5th Cir. Certiorari denied. ■

No. 81–6037.   WILLIAMS v. WYRICK, WARDEN, MISSOURI PENITENTIARY.   C. A. 8th Cir.   Certiorari denied. ■

No. 81–6040.   TOWNSEND v. INDIANA.   Ct. App. Ind. Certiorari denied. ■

No. 81–6041.   ADAMSON v. HILL, SHERIFF OF MARICOPA COUNTY, ARIZONA, ET AL.   C. A. 9th Cir.   Certiorari denied. ■

No. 81–6080.   HENRY v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied. ■

No. 81–6096.   SUTTERER v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied. ■

No. 81–6099.   WILLIAMS v. CARMEN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, ET AL.   C. A. 9th Cir.   Certiorari denied. ■

No. 81–6117.   WATKINS v. GARRISON ET AL.   C. A. 4th Cir.   Certiorari denied. ■